Opinion filed June 22, 2006 












 
 
  
 
 







 
 
  
 
 




Opinion filed June 22, 2006 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-05-00317-CR 

                                                    __________

 

                              ERNEST DERRAIL HORTON, Appellant

 

                                                             V.

 

                                        STATE
OF TEXAS, Appellee

 



 

                                         On
Appeal from the 104th District Court

 

                                                          Taylor County, Texas

 

                                                 Trial
Court Cause No. 15,151-B

 



 

                                                                   O
P I N I O N

The jury convicted Ernest Derrail Horton of
possession of cocaine with the intent to deliver, and the trial court assessed
his punishment at confinement for fifteen years.  Appellant was indicted in a multi-count
indictment, and two judgments were inadvertently entered.  We vacate one judgment and affirm the other.








The grand jury returned a two-count indictment.  The second count alleged that appellant
committed the offense of possession of cocaine on April 27, 2004.  The first alleged that, on April 27, 2004,  appellant committed the offense of possession
of cocaine with the intend to deliver. 
It is undisputed that each offense involved the same facts.  The jury convicted appellant of possession
with the intent to deliver.  However,
judgments were entered convicting appellant of both possession and possession
with the intent to deliver.

In his sole issue on appeal, appellant contends
that the judgment convicting him of possession should be vacated.  Both the State and the trial court
agree.  We also agree.  The issue is sustained.

The June 16, 2005, judgment convicting appellant
of possession of cocaine and sentencing him to confinement for ten years is
vacated.  The June 16, 2005, judgment
convicting appellant of possession of cocaine with the intent to deliver is
affirmed.

 

PER CURIAM

 

June 22, 2006

Do not publish.  See
Tex. R. App. P. 47.2(b).

Panel
consists of:  Wright, C.J., and

McCall,
J., and Strange, J.